```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WALLACE J. LEE
    Special Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-MJ-00044 DLB |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; ORDER |
| v. | ) |
| | ) To: |
| BIBIANO VILLALOBOS, JR., | ) DATE:     May 30, 2012 |
| | ) TIME:     1:30 p.m. |
| Defendant. | ) COURT:    Duty Magistrate |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Wallace J. Lee, Counsel for Plaintiff, and Samya Burney, Counsel for Defendant Bibiano Villalobos, Jr., that the status conference currently set for Wednesday, April 18, at 1:30 p.m., **may be continued to Wednesday, May 30, 2012, at 1:30 p.m. before the duty Magistrate.** Good cause exists for the continuance to allow additional time for the expected transfer

//
//
//
//
//
//

- 1 -   STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

of the case from the Central District of California pursuant to Federal Rule of Criminal Procedure 20.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 17, 2012          By:    /s/ Wallace J. Lee
                                      WALLACE J. LEE
                                      Special Assistant U.S. Attorney


Dated: April 17, 2012          By:    /s/ Samya Burney
                                      SAMYA BURNEY (as auth. 4/17/12)
                                      Attorney For Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:   **April 17, 2012**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE