1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   SHARON McCASLIN (Cal. State Bar. No. 71864)
4  Assistant United States Attorney
        1300 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-6874
        Facsimile: (213) 534-4300
7       E-Mail: Sharon.McCaslin@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10                   UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        )     No.   CR 12-00368-UA
                                     )
13                 Plaintiff,        )     [PROPOSED] ORDER RE: DISMISSAL
                                     )
14          v.                       )
                                     )
15  BIBIANO VILLALOBOS               )
                                     )
16                 Defendants.       )
    ─────────────────────────────── )

17

18       IT IS HEREBY ORDERED that the Information filed against

19  defendant BIBIANO VILLALOBOS in CR 12-00368-UA be dismissed

20  without prejudice.

21

22  Dated:  6/12/12                   _____
                                      DUTY MAGISTRATE JUDGE
23

24  Presented by:

25

26       /s/
    _____
    SHARON K. McCASLIN
27  Assistant United States Attorney
    Environmental Crimes Section

28